[No. 3688.]
## BABBITT ET AL. v. MONTGOMERY.

OPINION FOLLOWED.
Affirmed on the opinion in the case of *Cone v. Montgomery, ante,* p. 277.

*Appeal from the District Court of El Paso County.*

Mr. J. E. ROCKWELL and Mr. G. W. MUSSER, for appellants.

Messrs. ROGERS & SHAFROTH, for appellee.

MR. JUSTICE GABBERT delivered the opinion of the court.

The facts in this case will be found in the opinion rendered

in *Cone v. Montgomery*, *ante*, p. 277. The questions to be determined are identical with those in that case, and for the reasons there stated, the judgment of the district court is affirmed.

*Affirmed.*